eral, *Reid B. Barnes,* Special Assistant Attorney General, and *William G. Somerville, Jr.,* for petitioners. *Solicitor General Griswold, Assistant Attorney General Doar* and *David L. Rose* for respondent.

No. 812. TRANSOCEAN AIR LINES, INC., ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Jeptha P. Marchant, pro se, Joseph A. Perkins, pro se,* and *John H. Gunn* for petitioners. *Solicitor General Griswold* for the United States.

No. 883. ATLANTIC COAST LINE RAILROAD CO. ET AL. *v.* BROTHERHOOD OF RAILROAD TRAINMEN. C. A. D. C. Cir. Certiorari denied. *Francis M. Shea, Richard T. Conway* and *James R. Wolfe* for petitioners. *Milton Kramer, Martin W. Fingerhut* and *John H. Haley, Jr.,* for respondent.

No. 756. WEGER *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *A. L. Wirin, Fred Okrand* and *Laurence Sperber* for petitioner.

No. 736. ZERINGUE ET AL. *v.* TEXAS & PACIFIC RAILWAY CO. ET AL. Sup. Ct. La. Motion to dispense with printing petition granted. Certiorari denied. *Albert Russell Roberts* for petitioners.

No. 807. SEAY *v.* UNITED STATES. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied. *Albert Sidney Johnston, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.